# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1961
_____

JOHINELL MOLINA,

   Appellant,

   v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION and AT&T
SERVICES, INC.,

   Appellees.

_____


On appeal from the Reemployment Assistance Appeals
Commission.
Charles Faircloth, Jr., Chairman.

June 25, 2024


PER CURIAM.

   AFFIRMED.

ROWE, BILBREY, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Johinell Molina, pro se, Appellant.

Katie E. Sabo, Appellate Counsel, Reemployment Assistance Appeals Commission, Tallahassee, for Appellee Reemployment Assistance Appeals Commission.

No appearance for Appellee AT&T Services, Inc.